UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

WILLIAM A. BROWN AND BROWN
BOTTLING GROUP, INC.                                                                        PLAINTIFFS

VS.                                                                    CIVIL ACTION NO. 3:06CV297 DPJ-JCS

AUSTIN FIREFIGHTERS RELIEF AND
RETIREMENT FUND                                                                              DEFENDANT

JUDGMENT

For the reasons given on the record during the status conference held in this matter on this date,

IT IS HEREBY ORDERED that Defendant's motion to dismiss is granted.  This action is dismissed without prejudice for lack of personal jurisdiction.

**SO ORDERED AND ADJUDGED** this the 30th day of March, 2007.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE